# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| VAN SMITH, | ) |
|     Plaintiff, | ) NO. 1:16-cv-00086 |
| v. | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE |
| CHERRY LINDAMOOD, et al., | ) FRENSLEY |
|     Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation, recommending Plaintiff's case be dismissed without prejudice. (Doc. No. 32).

On July 30, 2018, the Magistrate Judge entered an order requiring Plaintiff to file with the Court within 14 days a written explanation showing cause for his failure to serve Defendants within 90 days after the filing of the Complaint pursuant to Fed. R. Civ. P. 4(m). (Doc. No. 31). Because Plaintiff failed to file a written explanation, the Magistrate Judge recommends his case be dismissed without prejudice. (*Id.*). The Magistrate Judge advised the parties that any objections to the Report and Recommendation must be filed within fourteen days of service, and no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice, and the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE